After Remand from the Alabama Supreme Court
 

 THOMPSON, Presiding Judge.
 

 This court, on June 15, 2007, affirmed the trial court’s judgment, without an opinion. — So.3d - (Ala.Civ.App.2007) (table). This court’s judgment has been reversed and the cause remanded by the Supreme Court of Alabama.
 
 Ex paite Duncan,
 
 1 So.3d 15 (Ala.2008). In compliance with the Supreme Court’s opinion, the judgment of the trial court is reversed and the cause is remanded for further
 
 *23
 
 proceedings consistent with the Supreme Court’s opinion.
 

 REVERSED AND REMANDED.
 

 PITTMAN, BRYAN, THOMAS, and MOORE, JJ., concur.